Anton N. Handal (Bar No. 113812)
anh@handal-law.com
Gabriel G. Hedrick (Bar No. 220649)
ghedrick@handal-law.com
Lauren G. Kane (Bar No. 286212)
lkane@handal-law.com
HANDAL & ASSOCIATES
750 B Street, Suite 2510
San Diego, CA 92101
Tel: (619) 544-6400
Fax: (619) 696-0323

Attorneys for Plaintiff
e.Digital Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| e.Digital Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>IBABY Labs, Inc. (dba iBABY),<br><br>    Defendant. | Case No. 3:15-cv-05790-EDL<br><br>**PLAINTIFF E.DIGITAL CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>**DEMAND FOR JURY TRIAL**<br>**Assigned to Judge Elizabeth D. Laporte** |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD**:

This case presents claims for patent infringement under 35 U.S.C. 271 *et seq*. Plaintiff e.Digital Corporation ("Plaintiff" or "e.Digital") alleges that the Defendant infringed the following patents:

    1.    United States Patent No. 8,311,522, entitled "System and Method for Managing Mobile Communications" ("the '522 patent") issued to Patrick Nunally. Plaintiff e.Digital is assignee and owner of the entire right, title and interest in and to the '522 patent and vested with the right to bring this suit for

damages and other relief.

2.  United States Patent No. 8,306,514, entitled "System and Method for Managing Mobile Communications" ("the '514 patent") issued to Patrick Nunally. Plaintiff e.Digital is assignee and owner of the entire right, title and interest in and to the '514 patent and vested with the right to bring this suit for damages and other relief.

3.  United States Patent No. 8,311,524, entitled "System and Method for Managing Mobile Communications" ("the '524 patent") issued to Patrick Nunally. Plaintiff e.Digital is assignee and owner of the entire right, title and interest in and to the '524 patent and vested with the right to bring this suit for damages and other relief.

4.  United States Patent No. 9,002,331, entitled "System and Method for Managing Mobile Communications" ("the '331 patent") issued to Patrick Nunally, which is a continuation of the '522 patent. Plaintiff e.Digital is assignee and owner of the entire right, title and interest in and to the '331 patent and vested with the right to bring this suit for damages and other relief.

5.  United States Patent No. 9,178,983, also entitled "System and Method of Managing Mobile Communications ("the '983 patent"). The '983 patent is a continuation of U.S. Patent No. 8,315,618, which is, in turn, a continuation of the '522 patent. Patrick Nunally is the sole named inventor and Plaintiff e.Digital is assignee and owner of the entire right, title and interest in and to the '983 patent and vested with the right to bring this suit for damages and other relief.

Pursuant to Local Civil Rule 3-13, Plaintiff and its counsel hereby identify the following cases which may be considered related to the above-entitled matter.

1)  ***e.Digital Corporation v. Dropcam, Inc.,*** Case Number: 3:14-cv-04922-JST (originally filed in the ***Southern*** District of California on July 1, 2014; transferred to the Northern District of California on or about November 5, 2014 pursuant to Court order; currently

-2-

*PLAINTIFF E.DIGITAL CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING*  Case No. 3:15-CV-05790-EDL

HANDAL & ASSOCIATES
750 B. STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

pending in the Northern District *before* the Honorable Judge Jon S. Tigar, Courtroom 9 - 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, Telephone Number: (415)522-2036). The complaint in the Dropcam matter involves three of the patents at issue in the present case: United States Patent No. 8,306,514, entitled "System and Method for Managing Mobile Communications" ("the '514 patent"). United States Patent No. 8,311,522, entitled "System and Method for Managing Mobile Communications" ("the '522 patent"). United States Patent No. 8,311,524, entitled "System and Method for Managing Mobile Communications" ("the '524 patent").

2) *e.Digital Corporation v. Digital Corporation v. ShenZhen Gospell Smarthome Electronic Co., Ltd. (dba Oco Camera)*, Case Number 4:15-cv-00691-JST ("the Oco Case") (filed February 13, 2015 in the Northern District of California and currently pending before the Honorable Judge Jon S. Tigar, Courtroom 9 - 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, Telephone Number: (415)522-2036)). The complaint in the Oco Camera matter involves three of the patents at issue in the present case: United States Patent No. 8,306,514, entitled "System and Method for Managing Mobile Communications" ("the '514 patent"). United States Patent No. 8,311,522, entitled "System and Method for Managing Mobile Communications" ("the '522 patent"). United States Patent No. 8,311,524, entitled "System and Method for Managing Mobile Communications" ("the '524 patent").

3) *e.Digital Corporation v. ArcSoft, Inc., dba as Closeli and as simplicam,* Case Number: 3:15-cv-00056-BEN-DHB (filed February 13, 2015 in the Southern District of California and currently pending before the Honorable Judge Roger T. Benitez, Courtroom 5A Courtroom 5A (5th Floor - Schwartz), Suite 5135, 221 West Broadway, San Diego, CA 92101 (619) 446-3589)). The complaint in the ArcSoft matter also involves three of the patents at issue in the present case: United States Patent No. 8,306,514, entitled "System and Method for Managing Mobile Communications" ("the '514 patent"). United States Patent No. 8,311,522, entitled "System and Method for Managing Mobile Communications" ("the '522 patent"). United States Patent No. 8,311,524, entitled "System and Method for Managing Mobile Communications" ("the '524 patent"). This is the only related action pending outside of the

HANDAL & ASSOCIATES
750 B. STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-3-

*PLAINTIFF E.DIGITAL CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING*     Case No. 3:15-CV-05790-EDL

1  Northern District of California.

2  Pursuant to Local Civil Rule 3-13(b)(3)(B), Plaintiff asserts that it does not believe this case should be transferred or coordinated with the *ArcSoft* case, particularly since that case is already in the claim construction phase. Furthermore, this Court is already familiar with the three common patents at issue in this case, having already issued a claim construction ruling in *e.Digital v. Dropcam*, Case No. 3:14-cv-04922-JST, which is the first filed of the related cases.

HANDAL & ASSOCIATES

Dated: December 17, 2015

By: /s/ Gabriel G. Hedrick
    Gabriel G. Hedrick
    Lauren G. Kane
    Anton N. Handal
    Attorneys for Plaintiff
    e.Digital Corporation

HANDAL & ASSOCIATES
750 B. STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-4-

PLAINTIFF E.DIGITAL CORPORATION'S NOTICE OF
PENDENCY OF OTHER ACTION OR PROCEEDING

Case No. 3:15-CV-05790-EDL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 17th day of December, 2015 at San Diego, California.

HANDAL & ASSOCIATES

Dated: December 17, 2015

By: /s/ Gabriel G. Hedrick
Gabriel G. Hedrick
Lauren G. Kane
Anton N. Handal
Attorneys for Plaintiff
e.Digital Corporation

HANDAL & ASSOCIATES
750 B. STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323