Anton N. Handal (Bar No. 113812)
anh@handal-law.com
Gabriel G. Hedrick (Bar No. 220649)
ghedrick@handal-law.com
Lauren G. Kane (Bar No. 286212)
lkane@handal-law.com
HANDAL & ASSOCIATES
750 B Street, Suite 2510
San Diego, CA  92101
Tel: (619) 544-6400
Fax: (619) 696-0323

Attorneys for Plaintiff
e.Digital Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| e.Digital Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>iBABY Labs, Inc. (dba iBABY),<br><br>　　　　　Defendants. | Case No. 3:15-cv-05790-JST<br><br>**PLAINTIFF E.DIGITAL DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**Assigned to John S. Tigar** |

TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff e.Digital Corporation ("e.Digital") by and through its undersigned counsel, sets forth the following pursuant to Civil L.R. 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other

-1-

*DISCLOSURE OF NON-PARTY*
*INTERESTED ENTITIES OR PERSONS*　　　　　　　　　　　　　　　　　Case No. 3:15-CV-05790-JST

**HANDAL & ASSOCIATES**
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

1 | than the named parties, there is no such interest to report.

HANDAL & ASSOCIATES

Dated: December 18, 2015

By: /s/ Gabriel G. Hedrick
Gabriel G. Hedrick
Lauren G. Kane
Anton N. Handal
Attorneys for Plaintiff
e.Digital Corporation

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-2-

*DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS*   Case No. 3:15-CV-05790-JST

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 18th day of December 2015 at San Diego, California.

HANDAL & ASSOCIATES

Dated: December 18, 2015

By: /s/ Anisa Lodhi
Anisa Lodhi
Paralegal
Handal and Associates

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-3-

*DISCLOSURE OF NON-PARTY*
*INTERESTED ENTITIES OR PERSONS*   Case No. 3:15-CV-05790-JST