AO 120 (Rev. 2/99)

| TO: | Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court ___Northern District of California___ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>C-15-5790-JST | DATE FILED<br>12/17/2015 | U.S. DISTRICT COURT<br>Office of the Clerk, 450 Golden Gate Ave., 16th Floor, San Francisco, CA 94102 |
|---|---|---|
| PLAINTIFF<br><br>e.DIGITAL CORPORATION | | DEFENDANT<br><br>iBABY LABS,  INC. (dba iBABY) |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | "Pls. See Attached Copy of Complaint" |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK<br>Susan Y. Soong | (BY) DEPUTY CLERK<br>Thelma Nudo | DATE<br>December 18, 2015 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner     Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner     Copy 4—Case file copy**