Civil Action No. CV 15-5790-JST

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* iBABY Labs, Inc. (dba iBABY)
was received by me on *(date)* 12/22/2015.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Elnaz Sarrafzade, who is designated by law to accept service of process on behalf of *(name of organization)* iBABY Labs, Inc. (dba iBABY) 780 Montague Expressway, Ste. 601, San Jose, CA 95131 on *(date)* 12/28/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 125.00 for services, for a total of $ 125.00.

I declare under penalty of perjury that this information is true.

Date: 12/29/2015

*Server's signature*

Philip Madero, Process Server
*Printed name and title*

CalExpress (619) 685-1122
1202 Kettner Blvd., Suite A
San Diego, CA 92101
*Server's address*

Additional information regarding attempted service, etc:
Additional documents served: CIVIL CASE COVER SHEET; COMPLAINT W/ EXHIBITS A-E; PLAINTIFF e.DIGITAL CORP.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; NOTICE OF RELATED CASES; ORDER SETTING INITIAL CASE MANAGEMENT AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; BUSINESS ENTITY DETAIL VIA CALIFORNIA SECRETARY OF STATE; DECEMBER 18, 2015 MINUTE ORDER RE CASE ASSIGNMENT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; DECEMBER 16, 2015 STANDING ORDER FOR JUDGE TIGAR and CERT. OF SERVICE.