UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br>    Plaintiff,<br>v.<br>IBABY LABS, INC.,<br>    Defendant. | Case No. 15-cv-05790-JST<br><br>**ORDER VACATING HEARING**<br>Re: ECF No. 23 |

Before the Court is Defendant's Motion to Dismiss. ECF No. 23. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for April 14, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated: April 4, 2016

_____
JON S. TIGAR
United States District Judge