1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

## SAN FRANCISCO DIVISION

11
12  e.Digital Corporation,

13          Plaintiff,

14      v.

15  iBaby Labs, Inc., doing business as iBABY,

16          Defendants.

Case No. 3:15-cv-05790-JST

**[PROPOSED] ORDER GRANTING STIPULATED CONTINUANCE OF JUNE 2, 2016 PRIVATE ADR DEADLINE**

Current ADR Deadline:  June 2, 2016

Action Filed: December 17, 2015

17
18      PURSUANT TO THE PARTIES' JOINT STIPULATION REQUESTING

19  CONTINUANCE OF JUNE 2, 2016 PRIVATE ADR DEADLINE, and good cause appearing

20  therefore, the Court orders that the June 2, 2016 deadline for Private ADR is continued to July

21  29, 2016.

22      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23  Dated:  June 3    , 2016

24                                  HONORABLE JON S. TIGAR
                                    UNITED STATES DISTRICT JUDGE

25
26
27
28

*HANDAL & ASSOCIATES*
750 B. STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

-1-