UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| e.Digital Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>iBaby Labs, Inc., doing business as iBABY,<br><br>　　　　Defendants. | Case No. 3:15-cv-05790-JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATED SELECTION OF MEDIATION UNDER ADR L.R. 6 AND CONTINUANCE OF JUNE 2, 2016 PRIVATE ADR DEADLINE**<br><br>Current ADR Deadline:  July 29, 2016<br><br>Action Filed: December 17, 2015 |

PURSUANT TO THE PARTIES' JOINT STIPULATION REQUESTING MEDIATION UNDER ADR L.R. 6 AND FOR CONTINUANCE OF JULY 29, 2016 ADR DEADLINE, and good cause appearing therefore, the Court orders that the July 29, 2016 deadline for Private ADR is continued to September 30, 2016.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  July 27, 2016

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

HANDAL & ASSOCIATES
750 B. STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-1-

[PROPOSED] ORDER GRANTING STIPULATION　　　　　　　　　　Case No. 3:15-CV-05790-JST