UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| e.Digital Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>iBaby Labs, Inc., doing business as iBABY,<br><br>    Defendants. | Case No. 3:15-cv-05790-JST<br><br>**[PROPOSED]** ORDER GRANTING STIPULATED SELECTION OF MEDIATION UNDER ADR L.R. 6 AND CONTINUANCE OF SEPTEMBER 30, 2016 PRIVATE ADR DEADLINE<br><br>Action Filed: December 17, 2015 |

PURSUANT TO THE PARTIES' STIPULATION REQUESTING CONTINUANCE OF SEPTEMBER 30, 2016 ADR DEADLINE AND REQUESTING AN ORDER ADOPTING THE PARTIES' STIPULATION TO MEDIATION UNDER ADR L.R. 6, and good cause appearing therefore, the Court hereby adopts the Parties' stipulation to mediation under ADR L.R. 6 and orders that the September 30, 2016 deadline for Private ADR is continued to November 18, 2016.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 20, 2016

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

HANDAL & ASSOCIATES
750 B. STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-1-

*[PROPOSED]* ORDER GRANTING STIPULATION                Case No. 3:15-CV-05790-JST