# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>IBABY Labs, Inc.,<br><br>    Defendant. | Case Number: 3:15-cv-05790-JST<br><br>[PROPOSED] **ORDER ON STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Jon S. Tigar |

Having considered the parties' Stipulation of Dismissal, the Court hereby **ORDERS** as follows:

All claims of infringement that Plaintiff raised or could have raised in this action are dismissed **WITH PREJUDICE**. All claims, defenses, or counterclaims that Defendant raised or could have raised in this action are dismissed **WITH PREJUDICE**. Each party will bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: December 13, 2016

_____
United States District Judge

-1-

*[PROPOSED]* ORDER ON STIPULATION OF DISMISSAL                    CASE NO. 3:15-CV-05790-JST